JACKSON, *ex dem.* EDSON and another *against* GAYER.

rule for de-
ng a mo-
carries
s of course,
i con-
ex-
n the

H. H. Ross, for the defendant, moved for a view, which being successfully opposed by *Z. R. Shipherd, the Court* directed a rule to be entered *that the motion be denied,* without saying any thing about costs.

*Shipherd,* asked for the costs of opposing.

*Curia.* Wherever the rule is entered, *that a motion be denied,* the costs of opposing the motion follow of course, in all cases except where the contrary is expressed in the rule.(*a*)

(*a*) Vid. *Williams* v. *Smith,* 2 Caines' Rep. 253.